IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL, a California corporation,

    Plaintiff,

  v.

COMPSOLUTIONS, VA, INC., a Virginia corporation, and DOES 1 through 50, inclusive,

    Defendants.

No. C 07-02204 WHA

**CANCELLATION OF ORAL ARGUMENT ON JUNE 5, 2008**

Due to the large press of other business, including back-to-back trials, the motions set for June 5, 2008, will be decided on the papers without oral argument. If, however, any counsel sends a letter by **THURSDAY, JUNE 5, 2008, AT NOON**, saying that a young attorney (who has been four years or fewer out of law school) will argue the motion, the Court will find a different time to allow for oral argument and postpone ruling. Please do not ask for oral argument for associates with more experience than four years.

**IT IS SO ORDERED.**

Dated: June 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE